IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AXS OPPORTUNITY FUND, LLC,

        Plaintiff,

vs.                              Civil Action 2:07-CV-121
                                  Judge Sargus
                                  Magistrate Judge King

CONTINENT FRENCH QUARTER, LLC,
et al.,

        Defendants.

### ORDER

        This is an action for foreclosure of two commercial mortgages. The action was originally filed in state court and was removed to this Court by one of the two named defendants as a diversity action. This matter is now before the Court on plaintiff's motion to remand and for costs. Doc. No. 14. That motion is unopposed.

        The motion to remand is unopposed and is, for the reasons articulated by plaintiff, **GRANTED**.

        This action is **ORDERED REMANDED** to the Court of Common Pleas for Franklin County, Ohio.

        Moreover, plaintiff is **AWARDED** its costs associated with the improper removal of this action. See 28 U.S.C. §1447(c).

4-16-2007
Date

Edmund A. Sargus, Jr.
United States District Judge

1